[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 12, 2008
THOMAS K. KAHN
CLERK

No. 08-11321
Non-Argument Calendar

_____

D. C. Docket No. 03-00060-CR-4-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHARON SHERMAN HALL,
a.k.a. Sharon P. Sherman,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(September 12, 2008)**

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Sharon Sherman Hall, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and the district court's finding that Hall violated the terms of her supervised release, along with her modified monthly restitution payment amount, are **AFFIRMED**.